**OCEAN INNOVATIONS, INC. (formerly known as Jet Dock Licensing, Inc.) and Jet Dock Systems, Inc., Plaintiffs–Cross Appellants,**

v.

**GULF COAST FLOATING DOCKS, INC., and Richard Hill (doing business as Eco–Dock), Defendants,**

and

**Diversified Wholesale Marine, Inc. (doing business as Sailorman), Defendant,**

and

**Era Marine Products, Inc., Versadock, Roy Ahern, and George Dabrowski (doing business as PIC Marine), Defendants–Appellants.**

**Nos. 2011–1582, 2011–1614, 2011–1634, 2011–1220, 2011–1234.**

United States Court of Appeals, Federal Circuit.

Oct. 10, 2012.

Gordon D. Kinder, II, Law Office of Gordon D. Kinder, of Cleveland Heights, OH, argued for plaintiffs-cross appellants.

Vytas M. Rimas, Rimas Law Firm, PLLC, of Minneapolis, MN, argued for defendants-appellants.

BRYSON, DYK, and MOORE, Circuit Judges.

## JUDGMENT

PER CURIAM.

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**